# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-369-MOC-DCK

| | |
|---|---|
| GREGORY TODD PAINTER JR., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JONATHAN ADAMS, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Protective Order" (Document No. 96) filed April 21, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Protective Order" (Document No. 96) is **GRANTED**.

Signed: April 25, 2017

David C. Keesler
United States Magistrate Judge