IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-369-MOC-DCK

| GREGORY TODD PAINTER JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JONATHAN ADAMS, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 113) of the Honorable Max O. Cogburn, Jr., the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **9:30 a.m. on Tuesday, November 21, 2017**, in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #2-2 and its attached conference room.

**SO ORDERED**.

Signed: October 23, 2017

David C. Keesler
United States Magistrate Judge