**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:15-cv-369**

| | |
|---|---|
| GREGORY TODD PAINTER, JR.,<br><br>                    Plaintiff,<br>vs.<br><br>JONATHAN ADAMS, et al.<br><br>                    Defendants. | **STIPULATION OF DISMISSAL** |

      **COME NOW THE PARTIES**, through counsel, and hereby enter this stipulation

of dismissal of all claims herein, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

      AGREED by and between:

<u>Paul A. Tharp</u>
N.C. Bar No.: 34244
ARNOLD & SMITH, PLLC
The Historic John Price Carr House
200 North McDowell Street
Charlotte, North Carolina 28204
NC Bar No. 34030
Telephone:   704.370.2828
Facsimile:    704.370.2202
Email:        pat@arnoldsmithlaw.com
*Counsel for Plaintiff*

JOSHUA H. STEIN
Attorney General

<u>/s/Catherine F. Jordan</u>
Catherine F. Jordan
Assistant Attorney General
NC Department of Justice
PO Box 629, Raleigh, NC 27602
Tel: 919.716.6920
Fax: 919.716.6924
cjordan@ncdoj.gov

<u>/s/Kimberly D. Potter</u>
Kimberly D. Potter
Special Deputy Attorney General
NC Bar No. 24314
NC Department of Justice
PO Box 629, Raleigh, NC 27602
Tel: 919.716.6920
Fax: 919.716.6924
<u>kpotter@ncdoj.gov</u>
*Counsel for Defendants*